UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>COREY MARQUARDT,<br><br>  Defendant.<br>_____ | Case No. CR 07-169-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on April 4, 2008. The United States was represented by Assistant United States Attorney Ronald J. Friedman, and the defendant by Michelle Shaw. The proceedings were digitally recorded.

The defendant had been charged and convicted of Distribution of Controlled Substances (Hydrocodone), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). On or about October 12, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of four and one-half months (4½) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance-abuse program and treatment, financial disclosure, participation in mental health program, consent to search, and 135 days electronic home monitoring.

In a Petition for Warrant or Summons dated March 11, 2008, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his

supervised release:

    (1)    Failing to report for electronic home monitoring as directed on March 5, 2008, in violation of the special condition that requires the defendant to serve 135 days electronic home monitoring.

On March 19, 2008, defendant made his initial appearance. The defendant was advised of the allegation and advised of his rights. On April 4, 2008, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Robert S. Lasnik on April 23, 2008, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 4th day of April, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Robert S. Lasnik
       AUSA:    Mr. Ronald Friedman
       Defendant's attorney:    Ms. Michele Shaw
       Probation officer:    Ms. Angela M. McGlynn